Application granted. The post-fact discovery conference previously scheduled for October 3, 2025 is hereby adjourned until December 5, 2025 at 10:30 a.m. No further extensions will be granted without good cause.

SO ORDERED.

Hon. Ronnie Abrams
September 30, 2025



September 29, 2025

**Via ECF**
District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: **_Nathalie Frias Espinal v. Judek Logistics LLC, et al._**
   **Civil Action No.: 25-CV-02139 (RA)**

Your Honor:

My office represents Plaintiff in the above-referenced action. I respectfully submit this correspondence, on consent of all parties herein, to request a sixty (60) day enlargement of the fact discovery deadline presently set for September 29, 2025. This is the parties' second request for an enlargement of the fact discovery deadline.

Plaintiff appeared for and completed her deposition testimony on September 11, 2025. Defense counsel recently advised that after previously being unable to contact Defendant, Jimmy Ray Blue Jr., she has been able to locate him via investigation services. Counsel additionally confirmed that said Defendant is available to appear for a deposition on October 24, 2025, and the parties have calendared the same.

Further, a mediation is presently scheduled for October 20, 2025. The parties respectfully submit that the mediation should be adjourned pending the completion of Defendant Blue's deposition. To date, no settlement discussions have taken place. The parties intend to reschedule mediation once all pertinent party depositions are complete.

As always, Your Honor's time and consideration is greatly appreciated. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ David A. Bonilla /s/
David A. Bonilla, Esq.

DAB/rc

CC: Kalliopi P. Kousis, Esq. // Kahana & Feld, LLP
 *Attorneys for Defendants*
 *(Via ECF – on consent)*