UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHALIE FRIAS ESPINAL,

          Plaintiff,

    v.

JUDEK LOGISTICS LLC and JIMMY RAY
BLUE JR.,

          Defendants.

25-CV-2139 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A post-fact-discovery conference in this matter was previously scheduled for December 5, 2025. As set forth in the Case Management Plan and Scheduling Order, *see* Dkt. No. 12, no later than one week in advance of the conference, the parties were to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. To date, no letter has been filed. The parties are ordered to file a letter on the docket by December 4, 2025.

Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public

SO ORDERED.

Dated:    December 3, 2025
        New York, New York

                                      Ronnie Abrams
                                      United States District Judge